UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | : | |
|---|---|---|
| IN RE: | : | CASE NO.: 18-75796-las |
| | : | CHAPTER: 13 |
| Jacob Assaraf, | : | |
| | : | **NOTICE OF APPEARANCE** |
| Debtor. | : | |
| | : | HON. JUDGE.: Louis A. Scarcella |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

---------------------------------------------------------------X

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned Chapter 13 case on behalf of SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust, and hereby requests that all notices given or required to be given in these cases, and all papers served or required to be served in these cases, be given to and served upon the following:

> FRIEDMAN VARTOLO, LLP
> Attorneys for SN Servicing Corporation
> 1325 Franklin Avenue, Suite 230
> Garden City, NY 11530
> bankruptcy@FriedmanVartolo.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes all pleadings of any kind including, without limitation, all notices, motions, complaints and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property or its estates. The persons listed above request that their names and addresses be added to the mailing matrix.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Demand for Service of Papers nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction or venue of this Court for any purpose other than with respect to this Notice, (v) an election of remedy, or (vi) any other right, claim, defense, setoff, or recoupment, in law or in equity, under any agreement, all of which are expressly waived.

Dated: October 31, 2018
      Garden City, New York

                                      By: /s/ Richard Postiglione, Esq.
                                      Richard Postiglione, Esq.
                                      FRIEDMAN VARTOLO, LLP
                                      Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust
                                      1325 Franklin Avenue, Suite 230
                                      Garden City, NY 11530
                                      T: (212) 471-5100
                                      F: (212) 471-5150

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

|  |  |
|---|---|
| IN RE: | CASE NO.: 18-75796-las |
|  | CHAPTER: 13 |
| Jacob Assaraf, | HON. JUDGE.: Louis A. Scarcella |
|  |  |
| Debtor. |  |

----------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

     On October 31, 2018, I served a true copy of the annexed **NOTICE OF APPEARANCE by** mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

                                     By: /s/Karina Waage
                                     FRIEDMAN VARTOLO LLP
                                     1325 Franklin Avenue, Ste. 230
                                     Garden City, New York 11530
                                     T: (212) 471-5100
                                     F: (212) 471-5150

<u>**S**ERVICE **L**IST</u>

Jacob Assaraf
115 Monroe St.
Lawrence, NY 11559
***Pro-Se Debtor***

Marianne DeRosa
Standing Chapter 13 Trustee
125 Jericho Tpke
Suite 105
Jericho, NY 11753
***Trustee***